# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Tracy Barber**
    Plaintiff
  vs.                       CASE NUMBER: 1:14-CV-970 (TJM/GFH)

**State of New York**
    Defendant

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendations of Magistrate Judge Christian F. Hummel are ADOPTED in its entirety and therefore the Complaint filed by Tracy Barber is DISMISSED with prejudice.

All of the above pursuant to the order of the Honorable Judge Thomas J. McAvoy, dated the 3rd day of September, 2014.

DATED: September 4, 2014

_Lawrence K. Baerman_
Clerk of Court

s/ _Joanne Bleskoski_
_____
Joanne Bleskoski, Deputy Clerk